**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
GEORGIA L. HAMANN, SB #027574
Georgia.Hamann@qpwblaw.com
14350 North 87th Street, Suite 265
Scottsdale, Arizona 85260
Telephone: 602.954.5605
Facsimile: 602.954.5606
*Attorney for Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Melissa Marino, | Case No. |
| Plaintiff, | **DECLARATION OF GEORGIA L. HAMANN IN SUPPORT OF DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |
| vs. | |
| Walmart Inc., a foreign corporation doing business in Arizona; John Does and Jane Does 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10, | |
| Defendants. | **(REMOVED FROM MARICOPA COUNTY SUPERIOR COURT (CV2025-064476)** |

## <u>DECLARATION OF GEORGIA L. HAMANN</u>

I, Georgia L. Hamann, declare as follows:

1. I am an attorney in the law firm Quintairos, Prieto, Wood and Boyer P.A., counsel of record for Walmart Inc. ("Defendant"). I am licensed to practice law before the courts in Arizona, including this District Court.

2. This declaration is being submitted in support of Defendant's Notice of Removal Action Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 ("Notice of Removal").

I have personal knowledge of the facts set forth below, and if called as a witness, could competently testify to the following facts.

3. Walmart is a Delaware Corporation with principal place of business in Bentonville, Arkansas.

4.    Plaintiff commenced this action against Walmart by filing a Complaint with the Superior Court for the State of Arizona, in and for Maricopa County on December 4, 2025, at CV2025-064476.

5.    Plaintiff served a Summons and copy of the Complaint on Walmart by serving its statutory agent in Arizona, CT Corporation, on February 26, 2026.

6.    Plaintiff certified this case as Tier 3, alleging damages in excess of $300,000 for economic losses including medical expenses, pain, suffering, anxiety, and loss of enjoyment of life out of an incident occurring on December 5, 2023. Complaint ¶¶ 20-22; *see* Ariz. R. Civ. P. 26.2(c)(3)(C).

7.    Accordingly, the Notice of Removal is timely filed within 30 days of Walmart's receipt of the Complaint.

8.    Attached as **Exhibit 1** is a true and correct copy of all filings in the Maricopa County Superior Court Action *Melissa Marino v. Walmart Inc.*, Maricopa County Superior Court CV2025-064476.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 24th day of March, 2026, at Phoenix, Arizona.

Georgia L. Hamann

2

# EXHIBIT 1

Person Filing: John W. Blischak
Address (if not protected): 7236 W. North Ln.
City, State, Zip Code: Peoria, AZ 85345
Telephone: (602)301-6102
Email Address: maribel@blischaklaw.com
Representing [ □ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 005346, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
A. Winkles, Deputy
12/4/2025 9:45:26 PM
Filing ID 21056177

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-064476**

Melissa Marino
Name of Plaintiff

**SUMMONS**

AND

Walmart Inc.
Name of Defendant

> **WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Walmart Inc.

Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court,</u> or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

*AZturboCourt.gov Form Set #12456062*

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 04, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *A. WINKLES*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

*AZturboCourt.gov Form Set #12456062*

Clerk of the Superior Court
*** Electronically Filed ***
A. Winkles, Deputy
12/4/2025 9:45:26 PM
Filing ID 21056176

Person/Attorney Filing: John W. Blischak
Mailing Address: 7236 W. North Ln.
City, State, Zip Code: Peoria, AZ 85345
Phone Number: (602)301-6102
E-Mail Address: maribel@blischaklaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 005346, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Melissa Marino<br>Plaintiff(s),<br>v.<br>Walmart Inc.<br>Defendant(s). | Case No. **CV2025-064476**<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this   December 04, 2025

By:  John W. Blischak /s/
     Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
A. Winkles, Deputy
12/4/2025 9:45:26 PM
Filing ID 21056174

**JOHN W. BLISCHAK, #005346**
**BLISCHAK LAW PLLC**
**Attorneys at Law**
7236 W. North Ln.
Peoria, Arizona 85345
Phone (602) 301-6102
Fax (480) 306-6442
E-mail: maribel@blischaklaw.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MELISSA MARINO,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign corporation doing business in Arizona; JOHN DOES AND JANE DOES 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10.<br>        Defendants | **CASE NO.:**<br>      **CV2025-064476**<br><br>**COMPLAINT** |

1.    Plaintiff, Melissa Marino, is a resident of Maricopa County, Arizona.

2.    Defendant WALMART INC., a foreign corporation, and at all times relevant hereto, was conducting business in Maricopa County, Arizona.

3.    Defendants JOHN DOES and JANE DOES 1-10 are fictitiously named individuals whose action/inaction and/or negligent conduct in the events herein described caused injuries to the Plaintiff. These fictitiously named defendants were acting in furtherance of their marital communities. These defendants are sued under a fictitious name until their true identify becomes known.

4.    ABC Corporations 1-10 are corporations existing under the laws of an unknown jurisdiction whose action/inaction and/or negligent conduct in the events herein described caused injuries to the Plaintiff.

5.    XYZ Partnerships 1-10 are partnerships existing under the laws of an

unknown jurisdiction whose action/inaction and/or negligent conduct in the events herein described caused injuries to the Plaintiff.

6. Upon information and belief, Defendant WALMART INC., a foreign corporation, owns and/or operates the Walmart Neighborhood Market located at 2750 East Germann in Chandler, Arizona 85286.

7. Upon information and belief, Defendant WALMART INC., a foreign corporation, carries out its operation through its employees, agents, representatives, and/or contractors and is vicariously liable for any negligent acts of its employees, agents, representatives, and/or contractors.

8. Upon information and belief, at all times pertinent hereto, Defendant WALMART INC., a foreign corporation, operated the Walmart Neighborhood Market located at 2750 East Germann in Chandler, Arizona 85286, and, as such, was responsible for, *inter alia,* the premises, maintenance, repair, monitoring, upkeep, oversight, safety, and warning of the conditions of the premises located at 2750 East Germann in Chandler, Arizona 85286.

9. All events took place within Maricopa County, Arizona, and Defendant has caused an event to occur in this county out of which Plaintiff's claim arises. This Court has subject matter jurisdiction and personal jurisdiction, Venue is proper in Maricopa County, Arizona, pursuant to A.R.S. §12-401.

10. On December 5, 2023, Plaintiff, Melissa Marino, was an invitee of the Walmart Neighborhood Market located at 2750 East Germann in Chandler, Arizona 85286. Plaintiff, Melissa Marino was customer in the store when she slipped on water and fell to the floor.  This incident caused injuries to Plaintiff Melissa Marino.

### *NEGLIGENCE*

11. Defendant, WALMART INC., a foreign corporation as the operator of the Walmart Neighborhood Market, located at 7502 W. Thomas Road, Phoenix, Arizona 85043, owed Plaintiff a non-delegable duty to maintain its property in such a manner so as to keep the premises safe and free from unreasonably dangerous conditions and defects

2

which could, and did, injure Plaintiff.

12.    Defendant WALMART INC., a foreign corporation breached its duty by creating or allowing to exist, a dangerous condition, namely, a liquid on the floor, allowing such dangerous condition to continue to exist on the premises, by failing to correct the dangerous condition, and by failing to warn Plaintiff of the dangerous condition.

13.    Plaintiff Melissa Marino, as a customer of Defendant WALMART INC., a foreign corporation, was injured as a direct and proximate result of an unreasonably dangerous condition, which Defendants had actual or constructive notice of or were otherwise negligent in allowing the unreasonably dangerous condition to be present on the premises.

### *LOSS OF CONSORTIUM*

14.    At the time of the aforementioned negligent acts and omissions of Defendant, Melissa Marino was entitled to the enjoyment of normal relationships with others. Melissa Marino has suffered injuries that have impacted the lifestyle of Plaintiff and her family, resulting in changes in familial relationships and imposing emotional burdens.

15.    As a direct and proximate result of the carelessness and negligence of Defendant as set forth herein, Melissa Marino has been deprived of enjoyment of a normal relationship between woman and man, as well as the loss of capacity to exchange love, affection, society, companionship, comfort, care, and moral support.  Melissa has suffered loss of consortium and submits her claims. Defendant is liable for the harm suffered by Plaintiff in an amount to be determined at trial.

### *WILLFUL AND WANTON CONDUCT/PUNITIVE DAMAGES*

16.    Defendant's actions further constituted willful, wanton, reckless, and malicious behavior and/or a conscious disregard of the substantial risk that such conduct might threaten the life, health, and safety of the public, including the Plaintiff.

17.    Such acts and omissions by these Defendants exemplified a clear and conscious disregard of substantial risks for the safety of the public at large.

3

18.     Plaintiff is entitled to an award of punitive damages and exemplary damages based upon Defendant's wanton, reckless, malicious, and outrageous behavior and/or a conscious disregard of the substantial risk that such conduct might threaten the life, health, and safety of the public, including the Plaintiff.

19.     Such acts and omissions by Defendant exemplified a clear and conscious and outrageous disregard of substantial risks for the safety of the public at large, including the Plaintiff.

20.     As a result of the fall, Plaintiff Melissa Marino, was injured. As a direct and proximate result of the negligence of the Defendant WALMART INC., a foreign corporation, Plaintiff, Melissa Marino, has expended sums of money for medical care. The amounts already expended for medical care are liquidated and Plaintiff, Melissa Marino, is entitled to prejudgment interest thereon.

21.     As a direct and proximate result of the negligence of Defendant WALMART INC., a foreign corporation, Plaintiff, Melissa Marino, has endured pain, suffering and anxiety, and has suffered a loss of the ability to enjoy her life to the fullest extent.

22.     This case is a Tier 3 case pursuant to Arizona Rule of Civil Procedure Rule 26.2 (c)(3).

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.  For compensatory damages in an amount to be proven at trial;

2.  For prejudgment interest on all liquidated sums;

3.  For the costs of this action; and

4.  For such other and further relief as the court deems just and proper.

**DATED** this 4th day of December, 2025.

BLISCHAK LAW PLLC

By: */s/ John W. Blischak*
        John W. Blischak
        *Attorneys for Plaintiff*

4

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
A. Winkles, Deputy
12/4/2025 9:45:26 PM
Filing ID 21056175

**Plaintiff's Attorney:**

John W. Blischak
Bar Number: 005346, issuing State: AZ
Law Firm: Blischak Law
7236 W. North Ln.
Peoria, AZ 85345
Telephone Number: (602)301-6102
Email address: maribel@blischaklaw.com

**CV2025-064476**

**Plaintiff:**

Melissa Marino

**Defendant:**

Walmart Inc.

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #12456062

Civil Cover Sheet

Page 1 of 1

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
1/29/2026 7:48:16 PM
Filing ID 21379726

David W. Mize (No. 030409)
2828 N Central Ave
Phoenix, AZ 85004
Tel: 602-935-1260
david@azlegaldefense.com
*Attorney for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **MELISSA MARINO** | Case No. CV2025-064476 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| **WALMART INC.,** | |
| Defendant. | |

Undersigned Counsel, David W. Mize, Esq., hereby enters his appearance on behalf of Plaintiff Melissa Marino, in substitution of attorney John Blischak. Plaintiff's signature, below, reflects her consent to this Substitution. Undersigned Counsel agrees to accept electronic service, and requests all correspondence be forwarded to the above-listed address/email.

DATED this 29th of January, 2026.

/s/ David W. Mize, Esq.
David W. Mize, Esq.
*Attorney for Plaintiff*

COPY:

John Blischak
3770 N 7th St, Ste 100
Phoenix, AZ 85014

Doc ID: 2242b90c8b81a42e23fcfd129a65b5b08adc3ed6

<u>Client Consent</u>

I, Melissa Marino, have reviewed this Substitution of Counsel and consent to its filing.

*Melissa Marino*
_____
Melissa Marino

01 / 29 / 2026
_____
Date

Doc ID: 2242b90c8b81a42e23fcfd129a65b5b08adc3ed6

**Dropbox** Sign

Audit trail

| | |
|---|---|
| Title | 2026-01-29 Sub of Counsel - Marino.pdf |
| File name | 2026-01-29%20Sub%...%20-%20Marino.pdf |
| Document ID | 2242b90c8b81a42e23fcfd129a65b5b08adc3ed6 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

Document History

| | | |
|---|---|---|
| ⟲ SENT | 01 / 29 / 2026 23:01:24 UTC | Sent for signature to Melissa Marino (ginajohnson1018@gmail.com) by services@clio.com acting on behalf of david@draftingdone.com IP: 72.223.110.253 |
| ◎ VIEWED | 01 / 29 / 2026 23:01:47 UTC | Viewed by Melissa Marino (ginajohnson1018@gmail.com) IP: 174.227.111.133 |
| ✓ SIGNED | 01 / 29 / 2026 23:04:51 UTC | Signed by Melissa Marino (ginajohnson1018@gmail.com) IP: 174.227.111.133 |
| ✓ COMPLETED | 01 / 29 / 2026 23:04:51 UTC | The document has been completed. |

Powered by **Dropbox** Sign

Clerk of the Superior Court
*** Electronically Filed ***
02/04/2026 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-064476                                          02/02/2026

CLERK OF THE COURT
HONORABLE RANDALL H. WARNER                    Z. Wilhelm/C. Ladden
                                                        Deputy

MELISSA MARINO                          JOHN W BLISCHAK

v.

WALMART INC

JUDGE WARNER

MINUTE ENTRY

Before the Court is Plaintiff's January 29, 2026, Notice of Substitution of Counsel. If counsel wishes for the Court to enter an order, they should lodge a form of order that contains specific language.

Docket Code 019                    Form V000A                    Page 1

Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**\*\*FILED\*\***

02/11/2026

by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

02/07/2026

COURT ADMINISTRATION

**Case Number:** CV2025-064476

**Melissa Marino**

**V.**

**Walmart Inc**

---

The Judge assigned to this action is the Honorable Randall H Warner

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 12/04/2025 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 03/04/2026. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2025-064476

| Party Name | Attorney Name | |
|---|---|---|
| Melissa Marino | DAVID MIZE | Bar ID: 030409 |

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

**26 MAR -3 AM 11: 37**
FILED BY A. PLASCENCIA

# IN THE MARICOPA COUNTY SUPERIOR COURT, STATE OF ARIZONA

Melissa Marino
        Plaintiff(s)/Petitioner(s),

VS.

Walmart Inc
        Defendant(s)/Respondent(s).

Case Number: CV2025-064476

**CERTIFICATE OF SERVICE**

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

<u>Documents Served</u>: **Summons; Complaint; Certificate of Compulsory Arbitration; Civil Cover Sheet**

<u>Service Upon</u>: **Walmart Inc**

<u>Date of Service</u>: **Thu, Feb 26 2026**        <u>Time of Service</u>: **10:15 AM**

<u>Address of Service</u>: **3800 North Central Avenue Ste 460, Phoenix, AZ 85012**

<u>Manner of Service</u>:

☐ By Serving        In person.
☐ Substitute, by serving        , a person of suitable age and discretion who resides with
at the address of service.
☒ By personally serving **Dementria Tsosie of CT Corporation** who holds the position of **Agent**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

<u>Description</u>: Age: 30s; Ethnicity: Native American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Brown;

I certify under penalty of perjury that the foregoing is true and correct.

Declarant: Craig Podgurski
Registered in Maricopa County #8617
Signed on 27 Feb 2026.
Arizona Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050
Job Number: 15286950
Fees: PER INVOICE TO CLIENT

Clerk of the Superior Court
*** Electronically Filed ***
K. Scott, Deputy
3/4/2026 4:41:48 PM
Filing ID 21591330

## IN THE MARICOPA COUNTY SUPERIOR COURT, STATE OF ARIZONA

Melissa Marino

          Plaintiff(s)/Petitioner(s),

VS.

Walmart Inc

          Defendant(s)/Respondent(s).

**Case Number: CV2025-064476**

**CERTIFICATE OF SERVICE**

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

Documents Served: **Summons; Complaint; Certificate of Compulsory Arbitration; Civil Cover Sheet**

Service Upon: **Walmart Inc**

Date of Service: **Thu, Feb 26 2026**          Time of Service: **10:15 AM**

Address of Service: **3800 North Central Avenue Ste 460, Phoenix, AZ 85012**

Manner of Service:

☐ By Serving            in person.
☐ Substitute, by serving            , a person of suitable age and discretion who resides with at the address of service.
☒ By personally serving **Dementria Tsosie of CT Corporation** who holds the position of **Agent**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

Description: Age: 30s; Ethnicity: Native American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Brown;

I certify under penalty of perjury that the foregoing is true and correct.

Declarant: Craig Podgurski
**Registered in Maricopa County #8617**
**Signed on 27 Feb 2026.**
**Arizona Quick Serve**
**9393 N 90th St Suite 121**
**Scottsdale, AZ 85258**
**480-314-5050**
**Job Number: 15286950**
**Fees: PER INVOICE TO CLIENT**

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
3/4/2026 4:35:56 PM
Filing ID 21591269

**JOHN W. BLISCHAK, #005346**
**BLISCHAK LAW PLLC**
**Attorneys at Law**
7236 W. North Ln.
Peoria, Arizona 85345
Phone (602) 301-6102
Fax (480) 306-6442
E-mail: maribel@blischaklaw.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MELISSA MARINO,<br><br>     Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign corporation doing business in Arizona; JOHN DOES AND JANE DOES 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10.<br><br>     Defendants | CASE NO.: CV2025-064476<br><br><br>**MOTION TO EXTEND THE DISMISSAL DEADLINE AND ALLOW TIME TO FILE THE AFFIDAVIT OF SERVICE** |

Plaintiff, by and through undersigned counsel, respectfully request that this Court extend the dismissal deadline and allow Plaintiff time to file Affidavit of Service in this matter. The defendant in this matter was served on February 26, 2026, by process service (*See Exhibit A*). Arizona Quick Serve is in the process of filing the Affidavit of Service.

Plaintiff requests that this matter be continued on the dismissal calendar for an additional 10 days to allow the process server time to file the Affidavit of Service with the Court.

This motion is made in good faith and not for purposes of delay. A proposed form of order is lodged herewith.

**DATED** this 4th day of March, 2026.

BLISCHAK LAW PLLC


By: */s/ John W. Blischak*
    John W. Blischak
    *Attorneys for Plaintiff*

IN THE MARICOPA COUNTY SUPERIOR COURT, STATE OF ARIZONA

Melissa Marino                                              Case Number: CV2025-064476

         Plaintiff(s)/Petitioner(s),

VS.                                                        CERTIFICATE OF SERVICE

Walmart Inc

         Defendant(s)/Respondent(s).


The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

Documents Served: **Summons; Complaint; Certificate of Compulsory Arbitration; Civil Cover Sheet**

Service Upon: **Walmart Inc**

Date of Service: **Thu, Feb 26 2026**                    Time of Service: **10:15 AM**

Address of Service: **3800 North Central Avenue Ste 460, Phoenix, AZ 85012**

Manner of Service:

☐ By Serving _____ in person.
☐ Substitute, by serving _____ , a person of suitable age and discretion who resides with _____ at the address of service.
☒ By personally serving **Dementria Tsosie of CT Corporation** who holds the position of **Agent**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

Description: Age: 30s; Ethnicity: Native American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Brown;


I certify under penalty of perjury that the foregoing is true and correct.


_____
Declarant: Craig Podgurski
**Registered in Maricopa County #8617**
Signed on **27, Feb** 2026.
**Arizona Quick Serve**
**9393 N 90th St Suite 121**
**Scottsdale, AZ 85258**
**480-314-5050**
**Job Number: 15286950**
**Fees: PER INVOICE TO CLIENT**

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
3/4/2026 7:59:00 PM
Filing ID 21591968

David W. Mize (No. 030409)
2828 N Central Ave
Phoenix, AZ 85004
Tel: 602-935-1260
david@azlegaldefense.com
*Attorney for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MELISSA MARINO | Case No. CV2025-064476 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| WALMART INC., | |
| Defendant. | |

Undersigned Counsel, David W. Mize, Esq., hereby enters his appearance on behalf of Plaintiff Melissa Marino, in substitution of attorney John Blischak. Plaintiff's signature, below, reflects her consent to this Substitution. Undersigned Counsel agrees to accept electronic service, and requests all correspondence be forwarded to the above-listed address/email.

DATED this 29th of January, 2026.

/s/ David W. Mize, Esq.
David W. Mize, Esq.
*Attorney for Plaintiff*

COPY:

John Blischak
3770 N 7th St, Ste 100
Phoenix, AZ 85014

Doc ID: 2242b90c8b81a42e23fcfd129a65b5b08adc3ed6

<u>Client Consent</u>

I, Melissa Marino, have reviewed this Substitution of Counsel and consent to its filing.

*Melissa Marino*
_____
Melissa Marino

01 / 29 / 2026
_____
Date

Doc ID: 2242b90c8b81a42e23fcfd129a65b5b08adc3ed6

**✖ Dropbox** Sign                                                    Audit trail

| | |
|---|---|
| Title | 2026-01-29 Sub of Counsel - Marino.pdf |
| File name | 2026-01-29%20Sub%...%20-%20Marino.pdf |
| Document ID | 2242b90c8b81a42e23fcfd129a65b5b08adc3ed6 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

Document History

⟳
SENT
**01 / 29 / 2026**
23:01:24 UTC

Sent for signature to Melissa Marino
(ginajohnson1018@gmail.com) by services@clio.com acting on
behalf of david@draftingdone.com
IP: 72.223.110.253

◉
VIEWED
**01 / 29 / 2026**
23:01:47 UTC

Viewed by Melissa Marino (ginajohnson1018@gmail.com)
IP: 174.227.111.133

⤸
SIGNED
**01 / 29 / 2026**
23:04:51 UTC

Signed by Melissa Marino (ginajohnson1018@gmail.com)
IP: 174.227.111.133

⊘
COMPLETED
**01 / 29 / 2026**
23:04:51 UTC

The document has been completed.

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
J. Zinkowich, Deputy
3/9/2026 8:00:00 AM
Filing ID 21601478

David W. Mize (No. 030409)
2828 N Central Ave
Phoenix, AZ 85004
Tel: 602-935-1260
david@azlegaldefense.com
*Attorney for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **MELISSA MARINO**<br><br>Plaintiff,<br>vs.<br><br>**WALMART INC.,**<br><br>Defendant. | Case No. CV2025-064476<br><br>**ORDER OF SUBSTITUTION OF COUNSEL** |

The Court, having reviewed Plaintiff's Substitution of Counsel with Client approval, and good cause showing, hereby substitutes David W. Mize, Esq. as counsel of record for Plaintiff in place of John Blischak.

SO ORDERED this _____ of _____, 2026.

_____
Honorable Randall H. Warner

Page **1** of 1

# eSignature Page 1 of 1

Filing ID: 21601478   Case Number: CV2025-064476
Original Filing ID: 21591968

**Granted as Submitted**



/S/ Randall Warner Date: 3/5/2026

Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2025-064476

E-FILING ID #: 21601478

SIGNATURE DATE: 3/5/2026

FILED DATE: 3/9/2026 8:00:00 AM

DAVID MIZE

JOHN W BLISCHAK

Granted with Modifications
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
J. Zinkowich, Deputy
3/9/2026 8:00:00 AM
Filing ID 21602000

**JOHN W. BLISCHAK, #005346**
**BLISCHAK LAW PLLC**
**Attorneys at Law**
7236 W. North Ln.
Peoria, Arizona 85345
Phone (602) 301-6102
Fax (480) 306-6442
E-mail: maribel@blischaklaw.com
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MELISSA MARINO,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign corporation doing business in Arizona; JOHN DOES AND JANE DOES 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10.<br><br>        Defendants | **CASE NO.: CV2025-064476**<br><br>**ORDER** |

Plaintiff having filed a Motion to Extend this Matter on the Inactive Calendar, the Court having considered the Motion and good cause appearing therefore,

IT IS HEREBY ORDERED granting Plaintiff's Motion.  Plaintiff shall have until **March 19, 2026** to complete the filing of the Affidavit of Service.

DATED this ___ day of _____, 2026.


_____
Honorable Randall Warner

# eSignature Page 1 of 1

Filing ID: 21602000   Case Number: CV2025-064476
Original Filing ID: 21591269

**Granted with Modifications**



/S/ Randall Warner Date: 3/5/2026

Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2025-064476

SIGNATURE DATE: 3/5/2026

E-FILING ID #: 21602000

FILED DATE: 3/9/2026 8:00:00 AM

DAVID MIZE

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
3/19/2026 1:23:39 PM
Filing ID 21685858

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
GEORGIA L. HAMANN, SB #027574
Georgia.Hamann@qpwblaw.com
14350 North 87th Street, Suite 265
Scottsdale, Arizona 85260
Telephone: 602.954.5605
Facsimile: 602.954.5606
*Attorneys for Walmart Inc.*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MELISSA MARINO, | Case No. CV2025-064476 |
| Plaintiff, | **ANSWER TO COMPLAINT** |
| vs. | |
| WALMART INC., a foreign corporation doing business in Arizona; JOHN DOES AND JANE DOES 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10, | |
| Defendants. | |

Defendant Walmart Inc. ("Walmart"), by and through counsel undersigned, for its answer to Plaintiff Melissa Marino ("Plaintiff's") Complaint, states as follows:

1.    Walmart lacks information regarding Plaintiff's residency to admit or deny the allegations in paragraphs 1 and 9 of Plaintiff's Complaint, but on information and belief available at this time does not contest that this matter is subject to the jurisdiction of Arizona courts.

2.    Walmart admits paragraphs 2 and 6 of Plaintiff's Complaint.

3.    Paragraphs 3, 4, and 5 of Plaintiff's Complaint are directed to fictitious defendants and Walmart has no information regarding their residency sufficient to admit or deny the allegations.

4.    In response to paragraphs 7 of Plaintiff's Complaint, Walmart admits that it has vicarious liability for the actions of its employees within the course and scope of their employment as more fully set forth under Arizona law, but denies that it or its employees were negligent as to the Plaintiff.

5. In response to paragraphs 8 and 11 of Plaintiff's Complaint, Walmart admits that it operates a store at the location alleged and did so on the date alleged. Walmart further admits that it owes certain duties to business invitees as more fully set forth under Arizona law, but denies Plaintiff's summary of these duties to the extent that it is incomplete or inaccurate.

6. In response to paragraph 10 of Plaintiff's Complaint, on information and belief Walmart admits that Plaintiff was at the location state on the date alleged, but lacks sufficient information regarding Plaintiff's intentions, movements, and alleged incident sufficient to respond to the remainder of the allegations, and therefore denies.

7. Walmart denies paragraphs 12 and 13 of Plaintiff's Complaint.

8. In response to paragraphs 14 and 15 of Plaintiff's Complaint, allerging loss of consortium as to the primary Plaintiff, Walmart denies that Plaintiff can assert loss of consortium on her own behalf and affirmatively alleges that loss of consortium is a derivative claim to be submitted by a spouse of the primary Plaintiff should the facts and circumstances support that a spouse of the primary Plaintiff has sustained such damages.

9. In response to paragraphs 16, 17, 18, and 19 of Plaintiff's Complaint, alleging punitive damages, Walmart denies the allegations in the paragraphs, and further denies that Plaintiff can recover punitive damages under the applicable standard for recovery of such damages in Arizona even should she prevail on the claims for negligence that she has set forth in paragraphs 12 and 13 of her Complaint.

10. In response to paragraphs 20 and 21 of Plaintiff's Complaint, Walmart lacks sufficient information regarding the nature, extent, causation, and medical causation of Plaintiff's alleged injuries and damages sufficient to enable it to respond to these allegations in full, but denies that it was negligent or that its negligence was the cause of Plaintiff's alleged injuries and damages.

11. In further response to the allegation at paragraph 20 of Plaintiff's Complaint that her alleged medical bills are "liquidated" in the sense that Arizona law constructs the term "liquidated damages," Walmart denies this allegation and affirmatively alleges that Plaintiff's bills

2

for medical care alleged to arise out of the subject incident do not meet the definition of "liquidated damages" under any theory within Arizona law and statute.

12.     Paragraph 22 of Plaintiff's Complaint is a statement of Plaintiff's discovery tiering (Tier 3) and requires no response from Walmart.  To the extent that a response is required, Walmart takes no position on the requested tiering but reserves the right to contest it later should the facts support any such development.

13.     Walmart denies that Plaintiff is entitled to prejudgment interest even should she prevail in this tort personal injury matter.

14.     Walmart denies any allegation not expressly admitted above.

15.     Walmart asserts all applicable protections and affirmative defenses arising out of its Arizona and federal constitutional rights regarding Plaintiff's punitive damages allegations, including that Plaintiff has not alleged the requisite evil hand guided by an evil mind nor has she stated the elements of a specific intent tort, as required prior to the recovery of punitive damages under the applicable laws of this jurisdiction.

16.     Walmart asserts all other affirmative defenses which the evidence may show to be available to it, including without limitation comparative fault and contributory negligence.

17.     Walmart demands a trial by jury as to all triable issues.

WHEREFORE, having fully responded to Plaintiff's Complaint, Walmart asks that it be dismissed with prejudice, and that Plaintiff recover nothing thereby.

DATED this 19th day of March, 2026

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


By:  /s/ Georgia L. Hamann
     Georgia L. Hamann
     *Attorneys for Walmart Inc.*

3

ORIGINAL of the foregoing e-filed
This 19th day of March, 2026 with:

Maricopa County Superior Court

COPY of the foregoing emailed
This 19th day of March, 2026 to:

David W. Mize, Esq. Bar No. 030409
2828 North Central Avenue
Phoenix, Arizona 85004
Telephone: 602-935-1260
Email: david@azlegaldefense.com
*Attorneys for Plaintiff*

/s/ Michelle Riggert

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
3/19/2026 1:28:06 PM
Filing ID 21685915

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
GEORGIA L. HAMANN, SB #027574
Georgia.Hamann@qpwblaw.com
14350 North 87th Street, Suite 265
Scottsdale, Arizona 85260
Telephone: 602.954.5605
Facsimile: 602.954.5606
*Attorneys for Walmart Inc.*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MELISSA MARINO,<br><br>           Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign corporation doing business in Arizona; JOHN DOES AND JANE DOES 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10,<br><br>           Defendants. | Case No. CV2025-064476<br><br>**DEFENDANT WALMART INC.'S CERTIFICATE OF COMPULSORY ARBITRATION** |

Defendant  Walmart Inc. does not contest Plaintiff's certificate of compulsory arbitration (NOT subject to compulsory arbitration), but reserve the right to do so later, if appropriate.

DATED this 19th day of March, 2026

                              **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**


                              By:  /s/ Georgia L. Hamann
                                   Georgia L. Hamann
                                   *Attorneys for Walmart Inc.*

ORIGINAL of the foregoing e-filed
This 19th day of March, 2026 with:

Maricopa County Superior Court

COPY of the foregoing emailed
This 19th day of March, 2026 to:

David W. Mize, Esq. Bar No. 030409
2828 North Central Avenue
Phoenix, Arizona 85004
Telephone: 602-935-1260
Email: david@azlegaldefense.com
*Attorneys for Plaintiff*

/s/ Michelle Riggert

2